IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. <u>1:19-mc - 91049-WGY</u>

In Re: **ILYA LIVIZ SR.** D.L.D., )
Chief Jurist for Justice of, )
National Academy For Jurists )

**EMERGENCY VERIFIED MOTION FOR HEARING AND DECLARATORY RELIEF**

Chief Jurist for Justice Ilya Liviz Sr. D.L.D. ("C. J. Liviz"), in response to District Judge Leo T. Sorokin ("D. J. Sorokin"), humbly moves this honorable court to schedule a hearing forthwith for declaratory relief in a form of Judgment affirming there was no misconduct by Ilya Liviz.

In support thereof, Appendix (App. 1, to App. 112) is attached herewith.

The aforementioned is true and correct based on my knowledge and recollection. Signed under pains of perjury on this tenth day of April in the year two thousand and nineteen of our Lord.

_____
Chief Jurist for Justice of

Respectfully submitted, pro se

_____
Chief Jurist for Justice of
NATIONAL ACADEMY FOR JURIST
ilya.liviz@gmail.com | 978-606-5326
NAFJ Bar No. 0001

**CERTIFICATE OF SERVICE**

I hereby certify that this document is filled electronically and is served on all parties that are registered within the ECF system; a copy of this filling will be emailed to the Bar Counsel, who may be a party with interest.

Dated: 04/10/2019

_____
Chief Jurist for Justice of
NATIONAL ACADEMY FOR JURIST
ilya.liviz@gmail.com | 978-606-5326