UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ILYA LIVIZ ) | MISCELLANEOUS BUSINESS |
| ) | NO.: 19-91049-WGY |
| ) | |

**ORDER**

Ilya Liviz having made no timely response to the order to show cause why he ought not be enjoined from filing further actions, the said Ilya Liviz is hereby **ENJOINED** from filing any further pleadings and from filing any additional or new claims, cases, complaints, or other documents in this Court, except to effect an appeal of this Order, without first obtaining written approval of a judge of this Court by filing a written petition seeking leave of Court to do so. The petition must be accompanied by a copy of this Order, together with the papers sought to be filed, and a certification under oath that there is a good-faith basis for their filing. The certification shall also state whether this plaintiff has filed the same or similar papers in any other Court, and if so, identify those filings by name and case number. The Clerk of Court shall accept the documents, mark them received, and forward them for action on the petition to a judge of this Court authorized to act on matters on the Miscellaneous Business Docket of the Court. Any

documents which are submitted for filing by the plaintiff in violation of this Order shall not be filed or docketed by the Clerk's Office, but shall be returned to plaintiff.

By the Court,

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE

Date: June 29, 2019

Copies to:
The Honorable Patti B. Saris, Chief Judge
Robert M. Farrell, Clerk of Court
Massachusetts Board of Bar Overseers